3: CV 03 0679

Clerk's Office
United States District Court
for the District of Columbia
Washington, D.C. 20001

March 29, 2006

Clerk's Office
United States District Court
for the Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA 18501

RECEIVED
SCRANTON

APR 0 3 2006

MARY E. D'ANDREA, CLERK
Per_____
        DEPUTY CLERK

Re: 06cv0388 - JENNINGS v. HOGSTEN

Dear Clerk:

On February 17, 2006, this Court signed an order transferring the above-entitled case to your Court. Enclosed is a copy of that order together with certified copies of our electronic case file, and a certified copy of the docket entries.

Please promptly acknowledge receipt of our file on the duplicate copy of this letter. Please indicate your case number somewhere on the receipt.

Your attention to this matter is greatly appreciated.

Sincerely,

NANCY MAYER-WITTINGTON, CLERK

By _____

RECEIVED

APR 5 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT